FILED US District Court-UT
DEC 13 '23 AM10:37

TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIO: |
| vs. | COUNT 1: 18 U.S.C. § 2119, Carjacking. |
| ERASMO CISNEROS JR.,<br>JESUS DAVID RODRIGUEZ,<br><br>Defendants. | Case: 2:23-cr-00452<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 12/12/2023<br>Description: USA v. Cisneros et al |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 2119
(Carjacking)

On or about October 11, 2023, in the District of Utah,

**ERASMO CISNEROS JR.,**
**And**
**JESUS DAVID RODRIGUEZ,**

defendants herein, knowingly and with intent to cause death and serious bodily harm, did attempt to take a motor vehicle that had been transported, shipped, and received in

interstate and foreign commerce, from the person and presence of another by force, violence, and intimidation; all in violation of 18 U.S.C. § 2119.

A TRUE BILL:

/S/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney